IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERSHEL RODNEY NUZUM, | ) | |
| | ) | 4:06cv3171 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on review of the complaint (Brief) filed by the plaintiff, Hershel Rodney Nuzum, against the defendants, the State of Nebraska and Dave Heineman, the Governor of Nebraska. This action is barred by the Judgments entered in Case Nos. 4:06cv3024, 4:01cv429 and 8:05cv14 (D. Neb.). Taking judicial notice of the court's own records, the plaintiff's underlying grievance relates to the amount of his pension benefits under the State Employees Retirement System. The plaintiff initially sought to repeal the Nebraska State Employees Retirement System. More recently, he insists that this court must repeal the unicameral legislative form of government in Nebraska.

    The plaintiff cannot obtain the relief he seeks in this court, as he has been informed repeatedly in his previous cases. This case will be dismissed, and judgment will be entered accordingly.

    SO ORDERED.

    August 3, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge